# United States District Court for the Northern District of Ohio

Waltrina A. Middleton

**Plaintiff,**

vs.

CASE NO. 1:19 CV 1899

Judge Solomon Oliver, Jr.

United Church of Christ

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Waltrina A. Middleton,
(here name all parties taking the appeal)
hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Order granting Defendants' Motion to Dismiss
(the final judgment) (from an order (describing it))

entered in this action on the 26th day of August, 2020.

(s) Matthew T. Hurm, Esq.

Address: 750 Prospect Ave. E., Suite 306
Cleveland, OH 44115

Phone #: (216) 860-1922

Attorney for Plaintiff

6CA-3